UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,　)
　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　 )　　1:12CR00440-01 AWI
　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　)　　ORDER REDUCING TERM
　　　　　　　　　　　　　　)　　OF SUPERVISED RELEASE FOR
　　　　　　　　　　　　　　)　　SUCCESSFUL COMPLETION OF
Waye U. Daurrough　　　　　 )　　REENTRY COURT

FILED
SEP 27 2013

On October 18, 2012, the releasee was accepted as a participant in the Reentry Court. In accordance with 18 USC 3583(e)(1), the Court ORDERS that Waye U. Daurrough's 5-year term of supervised release, imposed on April 6, 1998, is hereby reduced one year, to a 4-year term, following his successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendations are submitted to the district judge assigned to this action, pursuant to 28 USC 636(b)(1)(B) and this Court's Local Rule 302, and shall be considered forthwith without the need for time to respond.

**THE REENTRY COURT TEAM RECOMMENDS** that the releasee's term of supervised release is reduced by one year, with a new termination date of April 12, 2016, due to his successful completion of the Reentry Court Program.

_September 27, 2013_
Date

_Sheila K. Oberto_
The Honorable Sheila Oberto
U.S. Magistrate Judge

**IT IS SO ORDERED** that the releasee's term of supervised release is reduced by one year, with a new termination date of April 12, 2016, due to his successful completion of the Reentry Court Program.

_9-27-13_
Date

The Honorable Anthony W. Ishii
U.S. District Judge